## IN THE UNITED STATES COURT OF APPEALS
## FOR THE THIRD CIRCUIT

| | |
|---|---|
| ROBERT HENSON, | |
| Plaintiff, | Appellate No.: 13-4711 |
| | Civil Action No.: 11-cv-1809 (JBS)(KMW) |
| v. | |
| U.S. FOODSERVICE, INC., and JOHN DOES 1-10, | |
| Defendants. | |

### Certification of Bar Membership

I, William Riback, Esquire, certify that I am a member in good standing of the United States Court of Appeals for the Third Circuit.

### Certification of Word Count

I, William Riback, Esquire, certify that Appellant's Reply Brief is within the page limit.

### Certification of Identical Compliance of Briefs

I, William Riback, Esquire, certify that the version filed on ECF and the hard copy versions are identical.

### Certification of Virus Check

I, William Riback, Esquire, certify that a virus check was performed using Avast Virus Software and no threats were detected.

<u>Certification of Service</u>

I, William Riback, Esquire, certify that a copy of Appellant's Reply Brief was served upon Opposing Counsel via ECF on April 28, 2014, and hard copy was served via regular mail April 29, 2014.


April 28, 2014                    <u>/s/ *William Riback*    </u>
                                  William Riback, Esquire